THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Wendy Flores-Ramirez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>WENDY FLORES-RAMIREZ,<br><br>      Defendant. | CASE NO: 2:17-CR-0395-JCM-NJK<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between BRANDON JAROCH, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for WENDY FLORES-RAMIREZ, that the conditions of Ms. Flores-Ramirez' pretrial release be modified pursuant to the conditions provided in this agreement.

The parties agree that Ms. Flores-Ramirez' pretrial release be modified according to the following conditions:

1. Ms. Flores-Ramirez was previously ordered not to have any contact with her husband, Carlos Herrera. The parties agree that Ms. Flores-Ramirez may be permitted to have contact with and to reside with her husband at their home.

/ / /

/ / /

1

2. Ms. Flores-Ramirez may be placed on Curfew with Radio Frequency (RF) Monitoring and removed from house arrest at the request of Pre-Trial Supervision.

DATED: February 8, 2018.


Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Brandon Jaroch* |
| THOMAS A. ERICSSON, ESQ. | BRANDON JAROCH, ESQ. |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, |
| Las Vegas, Nevada 89145 | Suite 1100 |
| *Counsel for Wendy Flores-Ramirez* | Las Vegas, Nevada 89101 |
| | *Counsel for the United States of America* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 15th day of February, 2018.