THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Wendy Flores-Ramirez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WENDY FLORES-RAMIREZ,<br><br>Defendant. | CASE NO: 2:17-CR-0395-JCM-NJK<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED, by and between BRANDON JAROCH, Assistant United States Attorney, and THOMAS A. ERICSSON, ESQ., counsel for WENDY FLORES-RAMIREZ, that the conditions of Ms. Flores-Ramirez' pretrial release be modified pursuant to the conditions provided in this agreement.

The parties agree that Ms. Flores-Ramirez' pretrial release be modified according to the following conditions:

1. Ms. Flores-Ramirez was previously placed on Curfew with Radio Frequency (RF) Monitoring as a condition of pretrial release. The parties stipulate that this requirement should be removed.

/ / /

/ / /

1

2. Defense Counsel for Ms. Flores-Ramirez has spoken with Pretrial Services, and Pretrial Services does not oppose this request.

3. Defense Counsel for Ms. Flores-Ramirez has spoken with AUSA Brandon Jaroch, and the Government does not oppose this request.

DATED: May 24, 2018

Respectfully submitted,

*/s/ Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Counsel for Wendy Flores-Ramirez*

*/s/ Brandon Jaroch*
BRANDON JAROCH, ESQ.
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 18th day of June, 2018.