THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Wendy Flores-Ramirez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>WENDY FLORES-RAMIREZ,<br>    Defendant. | CASE NO: 2:17-cr-395-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by WENDY FLORES-RAMIREZ, by and through her attorney, THOMAS A. ERICSSON, ESQ., and the United States of America, by and through BRANDON C. JAROCH, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for September 19, 2018, at 10:00 a.m., be vacated and continued at least sixty (60) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel is currently researching an issue with the Presentence Investigation Report that could potentially impact the sentencing in this case.

2. The parties require additional time to prepare for the sentencing hearing.

1

3. Defendant WENDY FLORES-RAMIREZ is not in custody, and she has no objection to the continuance.

4. Defense Counsel for WENDY FLORES-RAMIREZ, has spoken to AUSA BRANDON JAROCH, and he has no opposition to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

7. This is the first stipulation to continue the sentencing hearing filed herein.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: September 5, 2018

    Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Brandon C. Jaroch* |
| Thomas A. Ericsson, Esq. | Brandon C. Jaroch, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| Attorney for Wendy Flores-Ramirez | Attorney for the United States of America |

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

*Attorney for Wendy Flores-Ramirez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:17-cr-395-JCM-NJK |
| Plaintiff, | **ORDER TO CONTINUE SENTENCING** |
| vs. | (First Request) |
| WENDY FLORES-RAMIREZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel is currently researching an issue with the Presentence Investigation Report that could potentially impact the sentencing in this case.

2. The parties require additional time to prepare for the sentencing hearing.

3. Defendant WENDY FLORES-RAMIREZ is not in custody, and she has no objection to the continuance.

4. Defense Counsel for WENDY FLORES-RAMIREZ, has spoken to AUSA BRANDON JAROCH, and he has no opposition to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

7. This is the first stipulation to continue the sentencing hearing filed herein.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public in proceeding with the sentencing hearing as scheduled, since the failure to grant said continuance would be likely to result in a miscarriage of justice at the sentencing hearing, taking into account the exercise of due diligence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 19, 2018, at the hour of 10:00 a.m. be vacated and continued to the **26th day of November, 2018 at 10:30 a.m.**

DATED September 6, 2018.

_____
UNITED STATES DISTRICT JUDGE